**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **ROBERT A. KATZMANN**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |
| Date: June 17, 2020<br>Docket #: 19-414pr<br>Short Title: Livingston v. Koenigsmann | DC Docket #: 17-cv-7218<br>DC Court: SDNY (WHITE PLAINS)<br>DC Judge: Briccetti |

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8560.